# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW

708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

January 29, 2015

**BY ECF**

Hon. Lewis A. Kaplan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> *Re:*   *Camacho v. Ess-A-Bagel Inc., et al.*
> *Case No. 14-CV-2592 (LAK) (MHD)*

Dear Judge Kaplan,

We are counsel to the plaintiff in the above-referenced matter. In accordance with the Court's Memorandum Opinion of January 9, 2015, the parties' submitted a revised settlement agreement for judicial approval on January 16, 2015. We are, of course, available to discuss further should the Court require any additional information.

The Court's continued attention to this matter is greatly appreciated.

Respectfully submitted,

Justin Cilenti

JC/jp

cc: Glenn S. Grindlinger, Esq. (by ECF and email)