UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAUL CAMACHO,

                Plaintiff,

-against-

ESS-A-BAGEL INC., ESS-A-BAGEL 1 INC., ESS-A-BAGEL INTERNATIONAL LLC, MICHAEL WENZELBERG, DAVID WILPON, MURIEL FROST, MELANIE FROST, and ESTATE OF FLORENCE WILPON,

                Defendants.

---



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/15

ECF Case

No. 14-cv-2592 (LAK)(MHD)

RECEIVED FEB -2 2015 JUDGE KAPLAN'S CHAMBERS

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Raul Camacho ("Plaintiff") and Ess-A-Bagel Inc., Ess-A-Bagel 1 Inc., Ess-A-Bagel International LLC, Michael Wenzelberg, David Wilpon, Muriel Frost, Melanie Frost, and Estate of Florence Wilpon (collectively "Defendants") hereby stipulate, by and through their counsel, that the claims asserted by Plaintiff in the Complaint against Defendants shall be unconditionally dismissed with prejudice, and without costs or attorneys' fees to any party, and that the Court shall only retain jurisdiction to enforce the terms of settlement agreement.

CILENTI & COOPER, PLLC

_/s/ Justin Cilenti_____
Justin Cilenti, Esq.
708 Third Avenue, 6th Floor
New York, NY 10017
(212) 209-3933
*Attorneys for Plaintiff*

FOX ROTHSCHILD LLP

_/s/ Carolyn D. Richmond_____
Carolyn D. Richmond, Esq.
Glenn S. Grindlinger, Esq.
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900
*Attorneys for Defendants*

SO ORDERED:

_/s/ Lewis A. Kaplan_____
2/2/15

ACTIVE 28075915v2

The Court finds that the settlement, as set forth in the executed settlement agreement is fair and reasonable.